MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for United States of America

FILED
MAY 30 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4-14-70670 MAG |
| Plaintiff, | [PROPOSED] DETENTION ORDER |
| v. | |
| MARION DEJARLES, | |
| Defendant. | |

Defendant Marion Dejarles first appeared in this district on May 16, 2014, pursuant to an arrest warrant issued by the Eastern District of Wisconsin in case number 14-M-637. The arrest warrant was issued based on a complaint charging defendant with five counts of delivering 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

At her initial appearance, the United States moved for defendant's detention pending trial pursuant to 18 U.S.C. § 3142. On May 29, 2014, at the time set for a detention hearing, defendant agreed to submit on the issue of detention. Considering the government's proffer regarding defendant's criminal history, her Canadian citizenship, the outstanding warrant for her arrest issued in Canada based on her

1  1973 escape from a detention facility there, defendant's pending immigration detainer, the charges in the
2  underlying complaint, and the Pretrial Services report, together with the factors set forth in 18 U.S.C.
3  § 3142(g), the Court orders defendant detained, as no condition or combination of conditions in 18
4  U.S.C. § 3142(c) will reasonably assure ~~the safety of the community and~~ the defendant's future
5  appearance as required. *See* 18 U.S.C. § 3142(e)(3)(A).

6       Defendant is committed to the custody of the Attorney General or a designated representative
7  for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or
8  serving sentences or held in custody pending appeal. *See* 18 U.S.C. § 3142(i)(2). The defendant must be
9  afforded a reasonable opportunity to consult privately with counsel. *See id.* § 3142(i)(3). On order of a
10 court of the United States or on request of an attorney for the government, the person in charge of the
11 corrections facility must deliver the defendant to the United States Marshal for the purpose of an
12 appearance in connection with a court proceeding. *See id.* § 3142(i)(4).

13 IT IS SO ORDERED.

14 Dated: May 30, 2014

DONNA M. RYU
United States Magistrate Judge

[PROPOSED] DETENTION ORDER
4-14-70670 MAG                                        2